IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WILLIE TINZIE                                                                                    PLAINTIFF

V.                             CASE NO. 3:17-CV-215-BD

SOCIAL SECURITY ADMINISTRATION                                         DEFENDANT

# ORDER

Plaintiff Willie Tinzie has moved for an award of attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. (Docket entry #19) He seeks fees and expenses in the amount of $3,247.57. The Commissioner does not object to the amount requested. (#21)

Mr. Tinzie's motion (#19) is GRANTED, and he is awarded $3,247.57 in fees and expenses, subject to offset if he has outstanding government debt.

DATED this 6th day of July, 2018.

_____
UNITED STATES MAGISTRATE JUDGE